UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-cr-57-SPC-NPM

ANDREW ROGER TORRES

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 46). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a **Samsung Galaxy A13, Model SM-A136U, serial number R5CTA1GMBJT, and a Samsung Galaxy A14, Model SM-A146U, serial number R9TW3066ERP** ("Asset"), which was used to commit the offense charged in Count One of the Indictment. *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime(s) of conviction.  The Court thus finds the United States is entitled to possession of the **Samsung Galaxy A13, Model SM-A136U, serial number R5CTA1GMBJT, and a Samsung Galaxy A14, Model SM-A146U, serial number R9TW3066ERP**.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 46) is **GRANTED**.

1. The **the Samsung Galaxy A13, Model SM-A136U, serial number R5CTA1GMBJT, and a Samsung Galaxy A14, Model SM-A146U, serial number R9TW3066ERP** are **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on October 4, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record