UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-cr-57-SPC-NPM

ANDREW TORRES

## ORDER

Before the Court is Defendant Andrew Torres' Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel. (Doc. 49). Defendant has hired Pat Capozzoli, Psy.D. to render an expert consultation to assist the Federal Defender in this matter. To do so, Defendant says that Dr. Capozzoli must meet with him in a private room—with a table and chairs, as well as an electrical outlet for his laptop—at the Charlotte County Jail on December 5, 2024, between the hours of 9:00 a.m. and 3:00 p.m.

In considering the motion, the Court finds good reason to allow Dr. Capozzoli to meet with the Defendant in a private room (with a table and chairs, as well as an electrical outlet) at the Charlotte County Jail on the scheduled date. In addition, Dr. Capozzoli must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is now

**ORDERED:**

Defendant Andrew Torres' Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel (Doc. 49) is **GRANTED**. Dr. Capozzoli is **AUTHORIZED** to evaluate Defendant on **December 5, 2024**, between 9:00 am and 3:00 pm at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on November 12, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record