UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-57-SPC-NPM

ANDREW ROGER TORRES

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 55). The Government seeks to have forfeited **a Samsung Galaxy A13, Model SM-A136U, serial number R5CTA1GMBJT, and a Samsung Galaxy A14, Model SM-A146U, serial number R9TW3066ERP** ("Assets"), which were subject to the Court's October 4, 2024 Preliminary Order of Forfeiture. (Doc. 47). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 55) is **GRANTED**.

1. Defendant's interest in the Assets are **CONDEMNED** and

    **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets are now **VESTED** in the United States.

**DONE and ORDERED** in Fort Myers, Florida, on February 21, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record